UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLORIA WINLAND,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　　Defendant. | CASE NO. C13-5778 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 44), recommending that this case be remanded, based on the stipulation of the parties (Dkt. 43). It is therefore ordered as follows:

(1) The R&R is **ADOPTED**;

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

(3) The Clerk is directed to enter Judgment and close this case.

Dated this 11th day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER